UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PREST, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>JULIE JERMSTAD & ANDERS JERMSTAD, individuals,<br><br>             Defendants. | Civil No. 07cv1771-WQH (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On December 20, 2007 at 2:00 p.m., the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Michael Palmer on behalf of Plaintiff and Jason Satterly on behalf of Defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

1      2.  The Rule 26(f) conference shall be completed on or
2  before **January 4, 2008**;

3      3.  A joint discovery plan shall be <u>lodged</u> with Magistrate
4  Judge Barbara L. Major on or before **January 11, 2008**;

5      4.  Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
6  occur on or before **January 18, 2008**; and,

7      5.  A Case Management Conference pursuant to Rule 16(b)
8  shall be held on **January 25, 2008** at **1:45 p.m.**, or as soon thereaf-
9  ter as the Court's calendar will allow, with the chambers of
10 Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
11 Court will initiate the conference call.

12     Parties are hereby warned that failure to comply with this
13 Order may result in the imposition of sanctions.  Additionally,
14 failure to respond to discovery requests or to comply with the
15 Federal Rules of Civil Procedure regarding discovery may result in
16 the imposition of sanctions including monetary sanctions, eviden-
17 tiary sanctions and the dismissal or default of your case.

18     **IT IS SO ORDERED.**

20 DATED:  <u>December 20, 2007</u>

22     BARBARA L. MAJOR
    United States Magistrate Judge

24 COPY TO:

25 HONORABLE WILLIAM Q. HAYES
  UNITED STATES DISTRICT JUDGE

26 ALL COUNSEL AND PARTIES